**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff - Appellee*,<br><br>v.<br><br>JOHN R. MALONEY,<br>*Defendant - Appellant*. | No. 11-50311<br><br>D.C. No.<br>3:10-cr-02803-<br>DMS-1<br><br>ORDER |

Filed May 30, 2013

---

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.